UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EVAN EUGENE MOORE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH BENSON, *et. al,*<br><br>　　　　Defendants. | Case No. 3:25-CV-00080-ART-CLB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND REMOVAL FROM CM/ECF SERVICE**<br><br>[ECF Nos. 25, 26] |

Currently pending before the Court are Lindsay Dragon's ("Dragon") motions to withdraw as attorney for Defendant Navigators Specialty Insurance Company and to be removed from the CM/ECF service list for this case. Good cause appearing, Dragon's motions are **GRANTED**.

**IT IS SO ORDERED**.

**DATED**: September 9, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**