**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

SARONIC INVESTMENTS, LLC,

Plaintiff,

v.

THE NAVIGATORS GROUP, INC. *et al.*,

Defendants.

Case No. 3:25-CV-00080-ART-CLB

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

[ECF No. 42]

Currently pending before the Court is Before the Court is Steven F. Bus, Esq.'s ("Counsel") motion to withdraw as counsel for Plaintiff Saronic Investments, LLC. ("Saronic") (ECF No. 42.) No opposition was filed, and Counsel certifies that he served the motion to withdraw on Saronic by both U.S. mail and email. (*Id.* at 4.)

Good cause appearing, the motion to withdraw, (ECF No. 42), is **GRANTED**. The Clerk **SHALL** update the docket to reflect the following address for Saronic. In addition, a copy of this order and all documents hereafter filed shall be served on Saronic via regular mail at the following address:

Saronic Investments, LLC
C/O Mr. Michael Bathla, Managing Member
3650 Auburn Blvd., Suite B
Sacramento, CA 95821

Saronic are advised that the Ninth Circuit has held that a corporation and other unincorporated associations may only appear in federal court through an attorney. *United States v. High Country Broadcasting Co., Inc.,* 3 F.3d 1244 (9th Cir. 1993); *Licht v. America West Airlines*, 40 F.3d 1058 (9th Cir. 1994). Therefore, Saronic **SHALL** file a substitution of counsel on or before **Friday, September 11, 2026.**

**IT IS SO ORDERED**.

**DATED**: August 12, 2026.

**UNITED STATES MAGISTRATE JUDGE**