**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

SARONIC INVESTMENTS, LLC.,

Plaintiff,

v.

THE NAVIGATORS GROUP, INC.,

Defendant.

Case No. 3:25-cv-00080-ART-CLB

**ORDER *SUA SPONTE* EXTENDING TIME TO FILE SUBSTITUTION OF COUNSEL**

On August 12, 2026, the Court granted Plaintiff Saronic Investments, LLC's ("Saronic") Counsel's motion to withdraw as counsel and ordered Saronic to file a substitution of counsel on or before September 11, 2026. (ECF No. 43.) To date, a substitution of counsel has not been filed.

Saronic is again advised that a corporation and other unincorporated associations may only appear in federal court through an attorney. *United States v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244 (9th Cir. 1993); *Licht v. America West Airlines*, 40 F.3d 1058 (9th Cir. 1994).

**IT IS THEREFORE ORDERED** that Saronic shall have one final extension of time to **October 14, 2026** to file a substitution of counsel. If an appearance has not been entered by **October 14, 2026**, the Court will enter a Report and Recommendation recommending dismissal of this action for failure to prosecute under Federal Rules of Civil Procedure 41(b).

**IT IS SO ORDERED.**

**DATED**: September 15, 2026.

**UNITED STATES MAGISTRATE JUDGE**