**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

SARONIC INVESTMENTS, LLC,

Plaintiff,

v.

THE NAVIGATORS GROUP, INC.,

Defendant.

Case No. 3:25-CV-00080-ART-CLB

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FIND ATTORNEY**

[ECF No. 45]

Plaintiff Saronic Investments, LLC ("Saronic") is unrepresented in this case as of August 12, 2026, when the Court granted its prior counsel's motion to withdraw. (ECF No. 43.) As corporations and other unincorporated associations may only appear in federal court through an attorney, *United States v. High Country Broadcasting Co*., Inc., 3 F.3d 1244 (9th Cir. 1993), the Court ordered Saronic to file a substitution of counsel on or before October 14, 2026. (ECF No. 44.) On October 14, 2026, Saronic filed a motion requesting an extension of time to find new counsel. (ECF No. 45.) In the motion, Saronic indicates that they are trying to secure new counsel and have met with several attorneys, but that retaining new counsel is taking more time than expected. Accordingly, Saronic requests additional time to do so. (*Id*.)

Good cause appearing, Saronic's motion, (ECF No. 45), is **GRANTED**. Saronic must now file a motion for substitution of counsel on or before **December 15, 2026**.

**IT IS SO ORDERED**.

**DATED**: October 15, 2026.

**UNITED STATES MAGISTRATE JUDGE**